UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-01228-HDV-ADS | Date | February 6, 2026 |
|---|---|---|---|
| Title | *Selvin Yovani Garcia Gonzalez v. Kristi Noem, et al.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING IN PART *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [4] AND SETTING BRIEFING SCHEDULE RE PRELIMINARY INJUNCTION**

      Before the Court is Petitioner Selvin Yovani Garcia Gonzalez's *ex parte* application for a temporary restraining order to release Petitioner from detention under the terms of his prior order of supervision, and enjoin Respondents from removing Petitioner to a third country absent notice and an opportunity for him to apply for protection under the Convention Against Torture. *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction ("TRO Application") [Dkt. 4].

      The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has shown both a probability of success on the merits and numerous forms of irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo.

      The Court thus **grants in part** the TRO Application. Respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending further order of the Court.

      The Court sets the matter for hearing on **February 25 at 10:00 a.m.** as to whether a preliminary injunction should issue. The TRO Application will be considered the opening brief on that issue. Respondents' opposition is due by February 18, 2026, and Petitioner's reply is due by February 23, 2026.

**IT IS SO ORDERED.**