UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:26-cv-01228 HDV (ADS)                    Date:  February 27, 2026

Title:  *Selvin Yovani Garcia Gonzalez v. Kristi Noem, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

On February 5, 2026, Petitioner Selvin Yovani Garcia Gonzalez, an immigration detainee proceeding through counsel, filed a Petition for Writ of Habeas Corpus (the "Petition") and an Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (the "Motion").  (Dkt. Nos. 1, 4.)  The Petition primarily seeks an order requiring Petitioner's immediate release under the terms of his original order of supervision.  (Dkt. No. 1 at 6.)  On February 25, 2026, the Court granted the Motion, ordered Respondents to release Petitioner from custody forthwith, and enjoined Respondents from re-detaining or removing Petitioner to a third country without notice and an opportunity to be heard.  (Dkt. No. 13.)

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries." United States v. Alder Creek Water Co., 823 F.2d 343, 345 (9th Cir. 1987); see also NASD Disp. Resol., Inc. v. Jud. Council, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding appeal to be moot when the plaintiffs had already been granted the relief they sought).  Courts have an obligation to consider mootness sua sponte and should deny requested relief where it is superfluous.  In re Burrell, 415 F.3d 994, 997 (9th Cir. 2005).  The "basic question in determining mootness is whether there is a present controversy as to which effective relief can be granted." Nw. Envtl. Def. Ctr. v. Gordon, 849 F.2d 1241, 1244 (9th Cir. 1988).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:26-cv-01228 HDV (ADS)                    Date:  February 27, 2026

Title:  *Selvin Yovani Garcia Gonzalez v. Kristi Noem, et al.*

      Here, Respondents have been ordered to release Petitioner from custody forthwith.  The Court orders Petitioner to show cause in writing why the Petition should not be dismissed as moot by no later than March 30, 2026.  Petitioner must substantively specify what claims, if any, remain pending, the relief sought, and the factual and legal basis for each claim.  Respondents must substantively respond to the claims Petitioner contends remain by no later than April 13, 2026.  Petitioner may file a reply by no later than April 17, 2026.

      **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>