UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN YOVANI GARCIA GONZALEZ, | Case No. 2:26-cv-01228 HDV (ADS) |
| Petitioner, | |
| v. | ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |
| KRISTI NOEM, et al., | |
| Respondents. | |

On February 5, 2026, Petitioner Selvin Yovani Garcia Gonzalez, proceeding through counsel, filed a Petition for Writ of Habeas Corpus (the "Petition") concurrently with an Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction. (Dkt. Nos. 1, 4.) On February 25, 2026, the Court granted a preliminary injunction. (Dkt. No. 13.) On April 27, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons

and findings set forth in the Court's Order granting a preliminary injunction without requiring further proceedings.  (Dkt. No. 21.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 21) and for the reasons stated in the Court's Order granting preliminary injunction (Dkt. No. 13), the Petition is granted.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated: May 5, 2026

_____
THE HONORABLE HERNAN D. VERA
United States District Judge

2