UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN YOVANI GARCIA GONZALEZ, | Case No. 2:26-cv-01228 HDV (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| KRISTI NOEM, et al., | |
| | JS-6 |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting preliminary injunction (Dkt. No. 13).

Dated:  May 5, 2026

_____
THE HONORABLE HERNAN D. VERA
United States District Judge