**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Selvin Yovani GARCIA GONZALEZ, | No. 2:26-cv-01228-HDV-ADS |
| Petitioner, | |
| v. | [PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR ENTRY OF FEE AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| Kristi NOEM, et. al. | |
| Respondents. | |
| | Hon. Hernán D. Vera |
| | United States District Court Judge |

On May 5, 2026, the Court entered judgment in this case after granting Petitioner's petition for writ of habeas corpus. Dkts ## 23, 24. Any motion for fees under the Equal Access to Justice Act (EAJA) is due within 90 days of that order. 28 U.S.C. 2412(d)(1)(B); Al-Harbi v. I.N.S., 284 F.3d 1080, 1082 (9th Cir. 2002).

The parties conferred regarding an application for fees and, on May 9, 2026, Respondents indicated to Petitioner that they would not oppose an application for $4,678.13 in fees and costs. The Court is in receipt of Petitioner's Unopposed Application for Entry of Fee Award under the Equal Access to Justice Act. Upon the request of the parties, the Court orders that Petitioner be awarded an amount of $4,678.13 for fees and costs incurred in the successful litigation of this matter. 28 U.S.C. 2412(d) et. seq.

IT IS SO ORDERED.

Dated: May 19, 2026

_____
Honorable Hon. Hernán D. Vera
United States District Court Judge